IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br>    Thomas Coleman<br><br>SS#: : XXX-XX-6612<br>    Debtor | CASE NO. 17-80620-CRJ-13<br><br>CHAPTER 13 |

## NOTICE OF WITHDRAWAL OF TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, Michael Ford, the Standing Chapter 13 Trustee in the above styled case and withdraws the Trustee's Objection to Confirmation filed on April 11, 2017.

RESPECTFULLY SUBMITTED, this the 12th day of April, 2017.

/s/ Michael Ford
MICHAEL FORD, TRUSTEE
P.O. BOX 2388
DECATUR, AL  35602-2388
(256)350-0442

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2017, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Thomas Coleman
114 Ashvillewood Ct.
Madison, AL  35756

MELISSA W LARSEN
MELISSA WIMBERLY LAW PC
521 MADISON STREET STE 201
HUNTSVILLE, AL  35801

/s/ Michael Ford
Michael Ford, Trustee