# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| Thomas Coleman | ) | CASE NO. 17-80620-CRJ-13 |
| | ) | |
| | ) | |
| SSN XXX-XX-6612 | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |

**TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO MODIFY PLAN**

COMES NOW, Michele T. Hatcher, the Chapter 13 Trustee, in the above styled case and files this Response to the Motion to Modify filed by the Debtor on September 1, 2017, and as grounds therefore the Trustee would show unto this court as follows:

1. The Trustee requests the matter be set for a hearing in order for the Trustee to review and make a recommendation to the Court.

WHEREFORE, The Trustee requests the matter be set for a hearing.

RESPECTFULLY SUBMITTED, this 11th day of September, 2017.

/s/ Michele T. Hatcher
Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602
(256) 350-0442

CERTIFICATE OF SERVICE

       I hereby certify that on September 11, 2017, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Thomas Coleman
114 Ashvillewood Ct.
Madison, AL 35756

Melissa W. Larsen
Attorney for Debtor
Melissa Wimberley Law
521 Madison Street, Ste. 201
Huntsville, AL 35801

                                          /s/ Michele T. Hatcher
                                          Michele T. Hatcher, Trustee